RAE KANZER, Appellant, v. HOTEL ST. GEORGE, Respondent.— Appeal by permission of this court from an order of the Appellate Term reversing a judgment of the Municipal Court of the City of New York, Borough of Brooklyn, in favor of the plaintiff, and dismissing the complaint, in an action to recover damages for the loss of personal property while plaintiff occupied a room in the defendant's establishment. Order unanimously affirmed, with costs. (*Mowers* v. *Fethers*, 61 N. Y. 34; *Roberts* v. *Case Hotel Co., Inc.,* 106 Misc. 481; *Rosenberg* v. *Hotel Taft Corp.,* N. Y. L. J., Nov. 13, 1941, p. 1477, col. 1; *Kaplan* v. *Stogop Realty Co., Inc.,* 133 Misc. 611; *Crapo* v. *Rockwell*, 48 Misc. 1; *Waitt Construction Co., Inc.,* v. *Chase*, 197 App. Div. 327; *Stewart* v. *McCready*, 24 How. Prac. 62.) Present — Lewis, P. J., Hagarty, Carswell, Aldrich and Nolan, JJ.

ETHEL M. KOLOGY, Appellant, v. WILLIAM KOLOGY, Respondent.— In an action for an annulment of marriage, judgment dismissing the complaint unanimously affirmed, without costs. No opinion. Present — Lewis, P. J., Hagarty, Carswell, Aldrich and Nolan, JJ.